■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO ALLESSANDRA, Appellant. [859 NYS2d 890]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered March 19, 2007. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Fahey, Peradotto and Pine, JJ.